# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **CURTIS RAY SIMPKINS** | **CIVIL ACTION NO. 18-0961** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **KEVIN W. COBB, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Curtis Ray Simpkins' claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief can be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Appoint Counsel, [Doc. No. 2], is **DENIED AS MOOT**.

MONROE, LOUISIANA, this 21st day of September, 2018.

                                             _____
                                             **TERRY A. DOUGHTY**
                                             **UNITED STATES DISTRICT JUDGE**